## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Belcher, Mark A
Hinton-Belcher, Benita L
Printed: 12/02/08

Case Number:  08 B 17049
Judge:  Squires, John H
Filed:  7/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  October 22, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 34,275.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 15,287.45 | 0.00 |
| 4. | City of Country Club Hills | Unsecured | 1,615.71 | 0.00 |
| 5. | Affinity Cash Loans | Unsecured | 1,222.24 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 270.09 | 0.00 |
| 7. | Advanced Pain & Anesthesia | Unsecured | 154.81 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 1,812.48 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 572.13 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 941.78 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 1,260.42 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 497.74 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 294.46 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 128.93 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 52.90 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 540.63 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 311.49 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 437.02 | 0.00 |
| 19. | PLS Payday Loan Store | Unsecured | 681.33 | 0.00 |
| 20. | Nicor Gas | Unsecured | 2,236.17 | 0.00 |
| 21. | B-Real LLC | Unsecured | 491.17 | 0.00 |
| 22. | Chase Home Finance | Secured |  | No Claim Filed |
| 23. | Advance America | Unsecured |  | No Claim Filed |
| 24. | American Express | Unsecured |  | No Claim Filed |
| 25. | Archdiocese Of Chicago | Unsecured |  | No Claim Filed |
| 26. | RMI/MCSI | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Belcher, Mark A
Hinton-Belcher, Benita L
Printed: 12/02/08

Case Number:  08 B 17049
Judge:  Squires, John H
Filed:  7/1/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Chase | Unsecured | | No Claim Filed |
| 28. | AT&T | Unsecured | | No Claim Filed |
| 29. | AT&T Wireless | Unsecured | | No Claim Filed |
| 30. | St James Radiologists | Unsecured | | No Claim Filed |
| 31. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 32. | Midland Credit Management | Unsecured | | No Claim Filed |
| 33. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 34. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 35. | T Mobile USA | Unsecured | | No Claim Filed |
| 36. | Progressive Insurance Co | Unsecured | | No Claim Filed |
| 37. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 38. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| | | | $ 63,083.95 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

